IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| EDUARDO NOLASCO SALDANA, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) No. 02-73496 | |
| v. ) | |
| ) The Honorable Nancy G. Edmunds | |
| TORRE & BRUGLIO, INC., <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT ORDER

Pursuant to the parties' settlement agreements and their joint motion, the Court orders:

1. Plaintiffs' case is dismissed in its entirely, with prejudice.

2. All class members, except those who have opted out in a timely fashion, are barred from prosecuting against defendants and Anthony Porter and their related entities and their officers, directors, or employees, any individual or class claims arising out of the alleged acts, facts, occurrences, or omissions set forth in plaintiffs' complaint.

3. This Order incorporates the terms of the parties' settlement agreements, approved by the Court pursuant to Fed.R.Civ.P. 23(e). The Court retains jurisdiction to enforce the terms of the settlements.

s/Nancy G. Edmunds<br>
Nancy G. Edmunds<br>
United States District Judge

Dated: November 15, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 15, 2005, by electronic and/or ordinary mail.

s/Carol A. Hemeyer<br>
Case Manager

Miner, Barnhill & Galland
14 W. Erie St.
Chicago, IL 60610

2

(312) 751-1170

Michigan Migrant Legal Assistance Project, Inc.
648 Monroe Ave. N.W.
Grand Rapids, MI 49503
(616) 454-5055

Gruel, Mills, Nims & Plyman LLP
50 Monroe Ave N.W.
Grand Rapids, MI 49503
(616) 235-5500